

**CUSTODIAL DEATH REPORT**

# Agency Information

| | |
|---|---|
| CDR Number: 21-1371-C | Version Type: ORIGINAL VERSION |
| Report Date: 10/14/2021 10:17 AM | Status: Submitted |

## Agency/Facility Information

| | |
|---|---|
| Agency Name: Harris County Sheriff's Dept. | Agency Address: 1200 Baker Street |
| Agency City: Houston | Agency State: TX |
| Agency Zip: 77002 | |

## Director Information

Director Salutation: Sheriff

Director First Name: Ed

Director Middle Name:

Director Last Name: Gonzalez

Reporter Name: Jeffery Vickery

Reporter Email: jeffery.vickery@sheriff.hctx.net

# Decedent Information

## Identity of Deceased

First Name: Kenneth

Middle Name:

Last Name: Anderson

Suffix: Jr

Date of Birth: 12/19/1978

Sex: Male

Race: Black or African American

Age At Time Of Death: 42

## Date/Time of Custody (arrest, incarceration) (mm/dd/yyyy hh:mm AM/PM):

Date/Time of Custody or Incident: 10/10/2021 3:30 AM

## Date/Time of Death (mm/dd/yyyy hh:mm AM/PM):

Death Date and Time: 10/10/2021 7:28 AM

# Manner / Cause of Death

Has a medical examiner or coroner conducted an evaluation to determine a cause of death?

Medical Examinor/Coroner Evalution?: Yes, results pending

What was the manner of death? (select only one)

| | |
|---|---|
| Manner of Death: | Pending autopsy results |

## Medical Cause of Death:

| | |
|---|---|
| Medical Cause of Death: | Pending autopsy results |

### Had the decedent been receiving treatment for the medical condition that caused the death after admission to your jail's jurisdiction?

| | |
|---|---|
| Medical Treatment: | Not Applicable |

### If death was an accident, homicide or suicide, who caused the death?

| | |
|---|---|
| Who caused the death?: | Unknown person(s) caused the injury |

### If a weapon caused the death, what type of weapon caused the death? (Hold CTRL to select all that apply)

| | |
|---|---|
| Type of weapon that caused death?: | Not Applicable |

### Was the cause of death the result of a pre-existing medical condition or did the decedent develop the condition after admission?

| | |
|---|---|
| Pre existing medical condition?: | Not Applicable; cause of death was accidental injury, intoxication, suicide or homicide |

### If death was an accident, homicide or suicide, what was the means of death?

| | |
|---|---|
| Means of Death: | Unknown |

# Location / Custody Information

**Where did the event causing the death occur?**

Street Address: 15413 Kuykendahl Rd
City: Houston
County: Harris
Zip: 77014

**What location category best describes where the event causing the death occurred?**

Location Category: Roadway/highway/street/sidewalk

**What type of custody/facility was the Decedent in at the time of death:**

Type of Custody: Police Custody (pre-booking)

**Specific type of custody/facility:**

Specific Type of Custody/Facility:
Custody of Law Enforcement Personnel subsequent to arrest

**What was the time and date of the deceased's entry into the law enforcement facility where the death occurred (mm/dd/yyyy hh:mm AM/PM):**

Entry Date Time:

Entry Date Time N/A: ✓

**Where did the death occur?**

Death Location: Medical facility

# General Information

Did any other law enforcement agencies respond to calls for service related to this incident?

    Other Agencies Respond?: No

What were the most serious offense(s) with which the deceased was (or would have been) charged with at the time of death?

    Offense 1: DWI

    Offense 2: Warrants

    Offense 3:

    Were the Charges:: Not filed at time of death

What were the types of charges or reason for contact? (Hold CTRL to select all that apply)

    Type of Offense: Alcohol / drug offense

At any time during the incident and/or entry into the law enforcement facility, did the decedent display or use a weapon?

    Decedent display/use of weapons: No

At any time during the incident and/or entry into the law enforcement facility, did the decedent:

    Attempt to Injure Others?: No

At any time during the incident and/or entry into the law enforcement facility, did the decedent:

| | | | |
|---|---|---|---|
| Appear intoxicated (alcohol or drugs): | Yes | Make suicidal statements?: | Unknown |
| Exhibit any mental health problems?: | Unknown | Exhibit any medical problems?: | Unknown |

### At any time during the incident and/or entry into the law enforcement facility, did the decedent:

| | | | |
|---|---|---|---|
| Barricade self or initiate standoff?: | No | Resist being handcuffed or arrested?: | Yes |
| Physically attempt/assault officer(s): | No | Gain possession of officer's weapon: | No |
| Verbally threaten other(s) including law: | Unknown | Escape or attempt to escape/flee custody: | No |
| Attempt gain possession officer's weapon: | No | | |

### Was the deceased under restraint in the time leading up to the death or the events causing the death?

Under Restraint: Yes, mark which restraint devices were used

### Type of restraint

Type of Restraint: Handcuffs

# Summary of Incident

### Summary of How the Death Occurred: (max. 30,000 characters)

Summary:

On October 10, 2021, Harris County Sheriff's Office deputies responded to a one vehicle major crash. The driver and sole occupant of the vehicle was identified and detained. EMS paramedics arrived and assessed the male, clearing him for transport. The scene was moved off the roadway into a parking lot. The male was moved to another patrol vehicle and placed into the backseat where he refused to allow deputies to close the door. The male continued to use his body to prevent the doors from closing and struggled with deputies. A deputy drive-stunned the male with his Taser to gain compliance. EMS paramedics responded to the use of force incident, assessed the male, and cleared him for transport. Upon arrival at the Harris County Joint Processing Center, deputies observed the male unresponsive and called for EMS. Deputies and jail medical

staff started CPR and Houston Fire Department paramedics arrived to assume care. Paramedics transported the male to St Joseph Hospital where his care was released to hospital staff at approximately 6:53 a.m. Dr. Afuwape pronounced the male deceased at 7:28 a.m.