

**TASER Conducted Energy Weapon (CEW) Use Guidelines**

This is a study guide only and is a supplement to, but not a substitute for, TASER warnings and training. Be trained and read full warnings (available online at www.axon.com/legal).

CEWs have risks and CEW use and physical incapacitation, alone or in combination with physical exertion, stress, unforeseen circumstances, or individual susceptibilities, may ↑ risk or cause serious injury or death.



**WARNING — Conducted Energy Weapon**
- Can temporarily incapacitate target.
- Can cause death or serious injury.
- Obey warnings, instructions and all laws.
- Comply with current training materials and requirements.
- See www.axon.com

## TASER CEW USE GUIDELINES
**(THESE GUIDELINES MAY BE MORE RESTRICTIVE THAN CONSITUTIONAL STANDARDS AND DO NOT CREATE OR ELEVATE A STANDARD OF CARE)**

- If no exigency or immediate safety risk exists, slow down and consider alternative force options/solutions including negotiation, commands, or physical skills.
- Physical resistance alone does not equal an immediate safety risk.
- Emotionally disturbed person (EDP) or mentally ill, by itself, does not indicate an immediate threat.
- Choose a force option reasonably likely to cure the immediate safety risk.
- CEWs do not replace deadly-force options.

**Incident Basics:**
- Complete training first; recertify annually
- Review latest TASER CEW warnings
- Follow all laws, regulations, policies
- If CEW is not achieving intended goal, transition to different force option
- Monitor subject post-CEW; if unresponsive, initiate EMS/CPR protocols



**Subjects with Increased Risks (requiring ↑ justification):**
- Higher risk populations (children, pregnant, elderly, thin)
- Known medical conditions (pregnancy, heart disease, pacemaker, seizure history)

**Secondary Risks (requiring ↑ justification):**
- Uncontrolled falls, subjects in elevated positions or running on hard surfaces
  - Consider if tackling or intentional grounding is objectively reasonable
- Operating machinery or transportation (car, motorcycle, bicycle, skateboard)
- Presence of explosive, flammable substance, or vapor

**Probe Targeting:**
- Back shots ↑ safety and effectiveness
- Avoid intentionally targeting sensitive areas (eyes, head, throat, chest/heart, genitals, known pre-existing injury areas)
- Use preferred target areas (green areas on target figures)
- Avoid chest (↓ cardiac risks, particularly in thin subjects)
- Close-range deployment - split belt line, maximize probe spread



**Minimize Number and Duration of CEW Exposures:**
- Each CEW trigger pull or 5 seconds of discharge must be objectively reasonable
- Control and restrain subject immediately, if safe and practicable
- Use 5-second "window of opportunity" to restrain and "cuff under power"
- Do not use multiple CEWs or multiple circuits without justification
- Avoid repeated, extended, or continuous exposures beyond 15 seconds absent reasonably perceived immediate threat and ↑ justification

**Probe Spread:** Wider probe spread ↑ effectiveness. 12″ (30.5 cm) probe spread is recommended for ↑ effectiveness.
  - If too close to achieve good probe spread, attempt to ↑ distance. If unable to ↑ distance, targeting leg may allow tactical advantage.

**CEW Use:**
- Use objectively reasonable force under totality of circumstances
- Use the minimum force necessary to accomplish lawful objectives
- Give a verbal warning before using force, if practicable
- Give subject reasonable opportunity to comply before force is used or repeated
- Cease force once subject is under control

***If person is NOT immediate threat or flight risk*, Avoid CEW Use:**
- Without first attempting verbal de-escalation, commands, or physical skills
- On person known or perceived to be emotionally disturbed or mentally ill
- On elevated risk populations
- For pain compliance if pain foreseeably ineffective due to ↑ tolerance from drugs, alcohol, or psychosis

**Drive (Touch/Contact)-Stun Use:**
- Avoid using CEW drive (touch/contact)-stun except:
  - 3 or 4-point contact to complete circuit or ↑ probe spread
  - "break-contact" or distraction tactic when assaulted or tied up with subject
  - brief application to attempt pain-compliance; must give reasonable time and opportunity to comply
- Avoid repeated drive-stuns if compliance is not achieved, particularly with EDPs

**Documentation** (always document force/CEW justification):
- Document immediate safety risks, danger, resistance, force used from officer POV
- Body worn cameras and CEWs provide best objective documentation of events
- Fully document (identify, collect, maintain evidence)
  - Subject's threats, behaviors, and actions
  - Each application of force, and each injury or alleged injury
  - Each CEW trigger pull or 5-second discharge

January 9, 2019 (Axon, 'Protect Life,' TASER, and Ⓡ are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. All rights reserved. © 2019 Axon Enterprise, Inc.)