NO. 4:21-CV-3730

| | |
|---|---|
| ESTATE OF KENNETH ANDERSON, JR, ET AL<br><br>VS.<br><br>HARRIS COUNTY, TEXAS, ET AL | IN THE UNITED STATES DISTRICT COURT<br>FOR THE SOUTHERN DISTRICT OF TEXAS |

United States Courts
Southern District of Texas
FILED
FEB 03 2022
Nathan Ochsner, Clerk of Court

## AFFIDAVIT OF SERVICE

My name is **GERARDO ATILANO**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.**

**On Thursday January 27, 2022 at 10:09 AM – , SUMMONS IN A CIVIL ACTION; PLAINTIFFS' FIRST AMENDED COMPLAINT; EXHIBIT-CUSTODIAL DEATH REPORT; AND ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES** came to hand.

**On Monday January 31, 2022 at 12:50 PM** - The above named documents were delivered to: **MOHANAD ALOBAIDI @ 1200 BAKER STREET, HOUSTON, TX 77002,** via United States Postal Service, Return Receipt Requested.

**SEE ATTACHED USPS PRINTOUT.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                                             DECLARATION

"My name is **GERARDO ATILANO,** my date of birth is 07/14/1976 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Wednesday February 02, 2022**

| | |
|---|---|
| **/s/GERARDO ATILANO**<br>Declarant | **PSC#9589 EXP. 10/31/22**<br>Appointed in accordance with State Statutes |

**2022.01.623115**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| ESTATE OF KENNETH ANDERSON, JR., KENNETH DARIUS ANDERSON, KRISTEN SANDOVAL, INDIVIDUALLY,A/N/F et. al.<br><br>*Plaintiff(s)*<br>v.<br><br>HARRIS COUNTY, TEXAS, HARRIS COUNTY SHERIFF'S OFFICE, CRYSTAL ESTRADA, INDIVIDUAL OFFICERS 1-10, AND INDIVIDUAL EMPLOYEES 1-10<br>*Defendant(s)* | Civil Action No. 4:21-cv-3730 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant, Mohanad Alobaidi ("Alobaidi"), who may be served at his place of work then his residence, located at 6831 Cypresswood Drive, Spring, Texas 77379 then at 8450 Willow Place Dr. N. Apt. 1808, Houston, TX 77070. This Defendant will be referred to by his last name for all purposes throughout this Complaint.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Edwards Law Firm PLLC
George Edwards III
602 Sawyer Street. Suite 490
Houston, Texas 77007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, Clerk of Court

Date: January 3, 2022

s/ S. Arnow
*Signature of Clerk or Deputy Clerk*

# USPS Tracking®

FAQs

Track Another Package +

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove

## Tracking Number:
9315469904300091275290

Your item was delivered to the front desk, reception area, or mail room at 12:50 pm on January 31, 2022 in HOUSTON, TX 77002.

**USPS Tracking Plus™ Available**

## Delivered, Front Desk/Reception/Mail Room

January 31, 2022 at 12:50 pm
HOUSTON, TX 77002

**Get Updates**

**Text & Email Updates**

**Tracking History**

**USPS Tracking Plus™**