# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**ESTATE OF KENNETH ANDERSON, JR, ET AL**
**PLAINTIFF**

**VS.**                                                            CIVIL ACTION NO: 4:21-CV-3730

**HARRIS COUNTY, TEXAS, ET AL**
**DEFENDANT**

### RETURN OF SERVICE

My name is **CELEST MICHELLE FRAUSTO**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Tuesday January 04, 2022 AT 01:21 PM** - **SUMMONS IN A CIVIL ACTION; PLAINTIFFS' FIRST AMENDED COMPLAINT; EXHIBIT-CUSTODIAL DEATH REPORT; AND ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES** came to hand for service upon **CRISTAL ESTRADA**.

On **Thursday January 06, 2022** at **06:56 PM** - The above named documents were hand delivered to: **CRISTAL ESTRADA** @ ███████████, **HOUSTON, TX** ████, **in Person.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                                       DECLARATION

"My name is **CELEST MICHELLE FRAUSTO,** my date of birth is 10/10/1997 my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **County, State of Texas on Friday January 07, 2022**

 /s/CELEST MICHELLE FRAUSTO                           PSC#20130 EXP. 07/31/23
Declarant                                                                   Appointed in accordance with State Statutes

**2022.01.616944**