# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**ESTATE OF KENNETH ANDERSON, JR, ET AL**
**PLAINTIFF**

**VS.**  CIVIL ACTION NO: 4:21-CV-3730

**HARRIS COUNTY, TEXAS, ET AL**
**DEFENDANT**

**RETURN OF SERVICE**

My name is **DOUGLAS GREENE**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Monday January 03, 2022 AT 12:09 PM** - SUMMONS IN A CIVIL ACTION; PLAINTIFFS' FIRST AMENDED COMPLAINT; EXHIBIT-CUSTODIAL DEATH REPORT; AND ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES came to hand for service upon **VICTOR PAGE**.

On **Tuesday January 04, 2022** at **03:20 PM** - The above named documents were hand delivered to: **VICTOR PAGE @** ▓▓▓▓▓▓▓▓▓▓**, SPRING, TX** ▓▓▓▓**, in Person.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                    DECLARATION

"My name is **DOUGLAS GREENE,** my date of birth is 01/04/1968 my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Wednesday January 05, 2022**

/s/DOUGLAS GREENE                    PSC#11914 EXP. 03/31/23
Declarant                            Appointed in accordance with State Statutes

2022.01.616455
