# George Edwards

| | |
|---|---|
| **From:** | Callan, Jennifer (CAO) <Jennifer.Callan@cao.hctx.net> |
| **Sent:** | Wednesday, March 2, 2022 4:00 PM |
| **To:** | Eman Patricia Katbi; tony@mallaw.com; jason@sheenalawfirm.com; George Edwards; Christine Herron; ELFParalegal |
| **Cc:** | Butt, James (CAO); Bradley, Suzanne (CAO); Ayala, Miryea (CAO); David Adler; Richard Kuniansky |
| **Subject:** | RE: [External] Anderson, 4:21cv3730 |

Thank you for your proposal. However, Defendants Harris County, Estrada, Page, Alobaidi and Garcia-Fernandez decline your offer.

Best regards,
*Jennifer F. Callan*
Assistant County Attorney
E: jennifer.callan@cao.hctx.net
P: (713) 274-5146
C: (832) 649-1635

**Office of the Harris County Attorney**
**Christian D. Menefee**
1019 Congress, 15th Floor
Houston, Texas 77002

*CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT*: Emails and attachments received from the Office of the Harris County Attorney may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.

**From:** Eman Patricia Katbi <eman@eslawpartners.com>
**Sent:** Tuesday, March 1, 2022 4:50 PM
**To:** Bradley, Suzanne (CAO) <Suzanne.Bradley@cao.hctx.net>; Richard Kuniansky <rkuniansky@gmail.com>; tony@mallaw.com; Callan, Jennifer (CAO) <Jennifer.Callan@cao.hctx.net>; Butt, James (CAO) <James.Butt@cao.hctx.net>; David Adler <davidadler1@hotmail.com>; jason@sheenalawfirm.com
**Cc:** George Edwards <george@eslawpartners.com>; Christine Herron <christine@eslawpartners.com>; ELFParalegal <paralegal@eslawpartners.com>
**Subject:** Re: [External] Anderson, 4:21cv3730

Good afternoon counsel,

In the interest of attempting to reach an agreement and in light of the Court's ruling on similar legal issues, Plaintiffs propose that the following conditions be the limitations on discovery:

1. No depositions be taken in this case until the Court issues an order otherwise.
2. No written discovery be served on any indicted defendants until the Court issues an order otherwise.
3. No dispositive motions (including Rule 56 motions) be filed in this case until the Court issues an order otherwise.

Please advise if the parties are agreeable.

Best regards,
Eman Patricia Katbi
Of Counsel
Edwards Law Firm PLLC
602 Sawyer Street
Suite 490
Houston, Texas 77007
Telephone: 713-565-1353
Fax: 713-583-8715
Eman@eslawpartners.com
www.eslawpartners.com

CONFIDENTIALITY NOTICE: The information contained in this message may be information protected by the attorney-client and/or the attorney/work product privilege(s). Any unauthorized use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the email.

