United States District Court
Southern District of Texas
**ENTERED**
March 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

'

| | | |
|---|---|---|
| **ESTATE OF KENNETH ANDERSON, JR., KENNETH DARIUS ANDERSON, KRISTEN SANDOVAL, INDIVIDUALLY, A/N/F OF N.B.A. AND N.K.A., AND ALL WRONGFUL DEATH BENEFICIARIES OF KENNETH ANDERSON JR.** | § | |
| *Plaintiffs,* | § | |
| VS. | § | **CIVIL ACTION NO. 4:21-cv-3730** |
| **HARRIS COUNTY, TEXAS, HARRIS COUNTY SHERIFF'S OFFICE, CRISTAL ESTRADA, VICTOR PAGE, MOHANAD ALOBAIDI, AND MERCY GARCIA** | § | |
| *Defendants.* | § | **JURY TRIAL DEMANDED** |
| VS. | § | |
| *EVELYN FAY AYERS-WOODS, and KENNETH ANDERSON, SR.* *Intervenor Plaintiffs* | § | |

# ORDER

Before the Court is the motion seeking an intervention on behalf of Evelyn Fay Ayers-Woods and Kenneth Anderson, Sr.,

Having considered the motion, the response and the applicable law, the Court determines that the motion is well-taken and should be granted.

The Motion is therefore GRANTED.

SO ORDERED.

Signed: March 17, 2022

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE