UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**************************************************************

| | |
|---|---|
| KENNETH D. ANDERSON, ET AL | 4:21-CV-03730 |
| VS. | HOUSTON, TEXAS |
| HARRIS COUNTY, TEXAS, ET AL | MARCH 17, 2022 |

**************************************************************

TRANSCRIPT OF MOTION PROCEEDINGS
HEARD BEFORE THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

**************************************************************

APPEARANCES:

| | |
|---|---|
| FOR THE PLAINTIFFS: | MR. GEORGE EDWARDS, III<br>MS. PEYTON B. HOPKINS<br>MS. EMAN PATRICIA ARABI KATBI<br>Edwards Law Firm PLLC<br>602 Sawyer Street<br>Suite 490<br>Houston, Texas 77007 |
| FOR THE DEFENDANT HARRIS COUNTY, TEXAS: | MS. JENNIFER F. CALLAN<br>Harris County Attorney's Office<br>Defensive Litigation<br>1019 Congress<br>15th Floor<br>Houston, Texas 77002 |

Proceedings recorded by mechanical stenography, transcript produced via computer.

FOR THE DEFENDANT CRYSTAL ESTRADA:
MR. JAMES CARROLL BUTT
Harris County Attorney's Office
Defensive Litigation
1019 Congress
15th Floor
Houston, Texas 77002

FOR THE DEFENDANT MERCY GARCIA:
MR. RICHARD B. KUNIANSKY
Kuniansky and Associates
440 Louisiana
Suite 1440
Houston, Texas 77002

FOR THE DEFENDANT MOHANAD ALOBAIDI:
MR. DAVID B. ADLER
David Adler PC
6750 West Loop South
Suite 120
Bellaire, Texas 77401

FOR THE DEFENDANT VICTOR PAGE:
MS. SUZANNE BRADLEY
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, Texas 77002

FOR THE MOVANT:
MR. JASON PATRICK SCOFIELD
Sheena Law Firm
4800 Fournace Place
Suite E618
Houston, Texas 77040

Official Court Reporter:
Lanie M. Smith, CSR, RMR, CRR
Official Court Reporter
United States District Court
Southern District of Texas
515 Rusk
Room 8004
Houston, Texas 77002

PROCEEDINGS

THE COURT: This is Cause Number 4:21-cv-3730, Anderson, et al versus Harris County, Texas, et al.

Counsel, your appearances for the record.

10:33AM MR. EDWARDS: George Edwards for the plaintiffs, Your Honor.

MS. KATBI: Eman Patricia Katbi for the plaintiffs, Your Honor.

MS. HOPKINS: Peyton Hopkins for the plaintiff.

10:34AM MR. SCOFIELD: Jason Scofield for potential intervenors Evelyn Ayers-Woods and Kenneth Anderson, Sr.

MR. BUTT: Good morning, Your Honor. Jim Butt for Crystal Estrada.

MS. CALLAN: Jennifer Callan on behalf of

10:34AM Harris County.

MR. ADLER: David Adler for Deputy Alobaidi, Your Honor.

MR. KUNIANSKY: And Richard Kuniansky for Deputy Garcia.

10:34AM THE COURT: And counsel on the phone?

(No response.)

THE COURT: All right. Counsel, this is a motion hearing. We have several motions pending. I know I'm going to miss some; so if I do, I apologize.

10:35AM There is a motion to stay, which is Document

Number 23 -- well, let me do it another way.

I have defendant Garcia-Fernandez's motion for a narrowly tailored stay of discovery, which is Document 77.

Defendant Harris County's opposed motion to stay, which is Document Number 80.

Defendant Estrada's opposed and amended motion to stay proceedings, which is Document 81.

The Ayers-Woods and Kenneth Anderson, Sr.'s motion to intervene, which is Document Number 43.

I have another motion to stay proceedings from defendant Alobaidi, which is Document Number 85.

Plaintiffs' response to defendants' motion to stay proceedings, which is Document 86.

There are various other motions. And then by way of motions that are pending, I think I've mentioned some, but I'm just going to go through the document numbers.

I have motion to stay at Document 23.

Motion to dismiss complaint, which is Document 26.

Motion to dismiss for failure to state a claim at Document 27.

A motion to intervene at 43.

Motion to dismiss at Document 46.

Motion to dismiss for failure to state a claim, Document 47.

Unopposed amended motion at Document 63.

Another motion to intervene at Document 63.

Amended motion to seal earlier complaints, which is Document 64.

Motion to dismiss for failure to state a claim, Document 69.

Another motion to dismiss at Document Number 70.

The motion to stay discovery at 77.

Opposed motion to stay discovery, Document 80.

Amended motion to stay, 81.

And opposed motion to stay at 85.

Were there any motions that any lawyer here has that I did not mention and the various replies of course?

MS. CALLAN: None from Harris County, Your Honor.

THE COURT: Very well.

Thank you. You may be seated.

Well, by way of preference for the Court, let's see who's in and who's out.

As to the motion to intervene, Counsel, what's the basis for your motion for intervention?

MR. SCOFIELD: Your Honor, my clients are statutory beneficiaries under the Texas wrongful death statute. They have a claim for loss of consortium.

THE COURT: And who are the intervenors?

MR. SCOFIELD: The parents.

10:38AM

THE COURT: The parents.

MR. SCOFIELD: Of the decedent.

THE COURT: Has the estate been probated?

MR. EDWARDS: Pending probate, Judge.

THE COURT: And are the parents listed as the beneficiaries of the estate, or do you know?

MR. EDWARDS: So all the heirs have been listed as the beneficiaries of the estate. It's my understanding that the parents would not be heirs, but he had three children so they are listed. And apparently he had an estranged wife who is also listed.

THE COURT: Are any of those seeking to be the personal representative of the estate in the probate?

MR. EDWARDS: Yes. Kenneth, Jr., his son, is seeking that status.

THE COURT: How old is he? Do you know?

MR. EDWARDS: He's 25.

THE COURT: Okay. He's an adult.

MR. EDWARDS: Yeah.

THE COURT: Have the intervenors sought relief in any other court?

MR. SCOFIELD: No, Your Honor.

THE COURT: And it's just lack of consortium? Is that it?

MR. SCOFIELD: Well, and they're beneficiaries under

the wrongful death statute as well.

THE COURT: Counsel for the plaintiff, what say you, sir?

MR. EDWARDS: We don't have any objection to the intervention.

THE COURT: Any of the defendants?

MS. CALLAN: No objections from the defendant Harris County.

MR. ADLER: No objection from Alobaidi, Your Honor.

MR. BUTT: No objection from Estrada, Your Honor.

MR. KUNIANSKY: No objection from Garcia.

MS. BRADLEY: Your Honor, this is Suzanne Bradley. I apologize.

THE COURT: You've got to speak up.

MS. BRADLEY: I'm sorry. This is Ms. Bradley.

THE COURT: Just a moment.

(Brief pause in the proceedings.)

THE COURT: All right. You're going to have to speak up because we're having a hard time hearing you.

Could you please, first of all, make your appearance for the record.

MS. BRADLEY: Yes. This is Suzanne Bradley. I represent Deputy Page, Victor Page.

THE COURT: All right. I'm still having a very difficult time hearing you. I heard that, that you're

representing Deputy Page.

And do you have any objections to the motion to intervene?

MS. BRADLEY: No.

THE COURT: Very well. The Court, having heard the motion to intervene and having heard no objection, the motion to intervene is hereby granted.

Counsel, welcome to the party.

MR. SCOFIELD: Thank you, Your Honor.

THE COURT: Next, turning the Court's attention to the motion to stay.

The Court reviewed the motions to stay. The Court is aware that various defendants have asserted a Fifth Amendment privilege.

As the Court advised the parties the last time that they were here, the Court has a very similar case pending before it, the *Tuttle versus City of Houston* case.

In that particular case, the Court entered an order addressing these same issues and allowed a limited amount of discovery that did not affect the defendants' ability -- the individual defendants' ability to plead the Fifth Amendment.

The Court, unless it hears something different, intends to proceed along those same lines. Specifically I know that there's probably investigations that have taken place that perhaps have reports regarding what happened. Perhaps that

10:42AM discovery can take place.

But as to the depositions of any kind or any particular written discovery to the indicted defendants or defendants asserting the Fifth Amendment privileges, the Court will stay that particular discovery.

Until the Court hears or allows some discovery to go forward, the Court will also stay its consideration of the motions to dismiss. The Court would like to get a full picture of what's before it before moving forward.

I believe that if you're going to ask the Court to kick the plaintiffs out of court, then at the very least the plaintiffs should have the opportunity to know the full picture and include that information in its response to the motions to dismiss.

And so, with that being said, I'll hear from the parties on anything specific that they need to weigh in on.

First, the plaintiff.

MR. EDWARDS: So just to be clear --

THE COURT: Counsel, pull your mike in closer to you.

MR. EDWARDS: Sorry, Judge.

So no depositions will be taken in the case until the Court issues an order otherwise.

THE COURT: Correct.

MR. EDWARDS: Okay. No written discovery to be served on any indicted defendants or defendants asserting a

Fifth Amendment privilege --

THE COURT: Correct.

MR. EDWARDS: -- until the Court issues an order otherwise.

10:43AM And then we didn't talk about whether there might be some additional motions coming. Can we also have a condition that no other motions to dismiss, because they've all filed motions to dismiss, nothing like that can be filed until the Court says otherwise?

10:44AM THE COURT: No. They can file the motions to dismiss. The Court just won't take them up.

And so to the extent that they want to put them on file and they're there before the Court, I don't want to stay pleading practice. I'm happy to have those, but they're 10:44AM just going to be put on the back burner until we can appropriately reach them.

MR. EDWARDS: Understood.

THE COURT: Anything else, sir?

MR. EDWARDS: Nothing else.

10:44AM THE COURT: Okay. From the defense?

MS. CALLAN: Jennifer Callan on behalf of Harris County.

Your Honor, we would ask that a protective order be entered because there has been indication from the 10:44AM plaintiffs that they intend to try this case in the media and

because the criminal investigation is pending and it could interfere with the prosecution of the potential deputies, we would ask for a gag order and/or a protective order.

THE COURT: I can tell you right now I'm not entering a gag order. That's not going to happen.

Lawyers on both sides have been known to issue statements to try to chill the other side, see the prosecution or defense of a case.

My expectation, however, of officers of this Court is that they're not going to take such actions that would curtail the wheels of justice.

We now know that these defendants are potentially facing criminal charges and we know that the jury pool of Harris County is going to be out there reading news reports, watching news reports.

And I would suggest being officers of this Court that your words and actions should be tailored such that the wheels of justice can turn unmolested by your words or actions.

That's not a gag order. That's sage advice and so be wise about that.

Now, if there comes a time when the Court needs to be more aggressive, I'm happy to consider specific instances of comments or actions that this Court needs to address.

Counsel, anything else?

MS. CALLAN: In regards to a protective order, I

realize the Court has a standard form. I presume the Court will just direct the parties to attempt to continue to discuss that; is that correct?

THE COURT: What do you envision needs to be under a protective order in this case?

MS. CALLAN: At this time, Your Honor, because the criminal investigation and the administrative investigation are still pending, as the Court directed me, we did get the autopsy report. It is now in my possession as of Monday.

All of that is still pending. The case is in review with the chain of command at the homicide division of the sheriff's department and it will be going to the district attorney's office.

So I would like to mark that confidential at this point because I don't know what's going to happen, and I don't want to interfere with that potential prosecution.

THE COURT: Understood.

Counsel, what say you?

MR. EDWARDS: There was also a confidentiality order, I believe, that was issued in the *Tuttle* case and so we've been negotiating a very similar format, nearly identical. So I think we can come to some accommodation on that.

THE COURT: Sounds good.

And the one thing the Court does not expect to see is where the Court has allowed narrowly tailored discovery

to go forward, for those documents to appear in public, specifically items like the autopsy, because that could taint a jury pool.

And more importantly, by way of what the public needs to know at this point in time, given the fact that these potential criminal charges are pending, I don't think that's for consumption right now.

However, by allowing you to get access to it, it allows you to work on the prosecution of your case.

So how close are you on this agreement, do you think, time-wise?

MR. EDWARDS: I think we could have it worked out by Monday and filed.

THE COURT: All right. By close of business on Wednesday, no later, present to the Court a joint order for the Court's signature.

Counsel, anything else?

MS. CALLAN: Not from the County, Your Honor.

THE COURT: Anything from the individual defendants?

MR. ADLER: Not from Alobaidi, Your Honor.

MR. BUTT: Nothing from Estrada, Your Honor.

MR. KUNIANSKY: Nothing from Garcia, Your Honor.

THE COURT: Counsel on the phone?

MS. BRADLEY: Nothing from Deputy Page, Your Honor.

THE COURT: Counsel, are there any motions that this

Court needs to give its attention to that it has not yet addressed in our discussion this morning?

MR. EDWARDS: Nothing from plaintiffs.

MS. CALLAN: Nothing from defendant Harris County.

10:48AM MR. ADLER: Nothing from Alobaidi, Your Honor.

MR. KUNIANSKY: Nothing from Garcia, Your Honor.

MR. BUTT: Nothing from Estrada, Your Honor.

THE COURT: The two-and-a-half hours I put in on the *Tuttle* case resulted in a 15-minute hearing here today so 10:49AM that's all good.

All right, Counsel. Having heard nothing else for this Court's attention this morning, thank you. We're adjourned. You're excused.

THE LAW CLERK: All rise.

(The proceedings were adjourned.)

* * * *

REPORTER'S CERTIFICATE

I, Lanie M. Smith, CSR, RMR, CRR, Official Court Reporter, United States District Court, Southern District of Texas, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

/s/ Lanie M. Smith
Official Court Reporter

## /

**/s** [1] - 14:22

## 1

**1019** [3] - 1:22, 2:2, 2:14
**120** [1] - 2:11
**1440** [1] - 2:7
**15-minute** [1] - 14:9
**15th** [3] - 1:22, 2:3, 2:14
**17** [1] - 1:7

## 2

**2022** [1] - 1:7
**23** [2] - 4:1, 4:17
**25** [1] - 6:17
**26** [1] - 4:19
**27** [1] - 4:21

## 4

**43** [2] - 4:9, 4:22
**440** [1] - 2:6
**46** [1] - 4:23
**47** [1] - 4:25
**4800** [1] - 2:18
**490** [1] - 1:17
**4:21-CV-03730** [1] - 1:4
**4:21-cv-3730** [1] - 3:2

## 5

**515** [1] - 2:23

## 6

**602** [1] - 1:17
**63** [2] - 5:1, 5:2
**64** [1] - 5:4
**6750** [1] - 2:10
**69** [1] - 5:6

## 7

**70** [1] - 5:7
**77** [2] - 4:3, 5:8
**77002** [5] - 1:23, 2:3, 2:7, 2:15, 2:24
**77007** [1] - 1:18
**77040** [1] - 2:19
**77401** [1] - 2:11

## 8

**80** [2] - 4:5, 5:9
**8004** [1] - 2:23
**81** [2] - 4:7, 5:10
**85** [2] - 4:11, 5:11
**86** [1] - 4:13

## A

**a** [34] - 3:22, 3:25, 4:2, 4:20, 4:22, 4:24, 5:5, 5:23, 7:16, 7:19, 7:24, 8:13, 8:16, 8:19, 9:8, 9:25, 10:6, 10:23, 11:3, 11:4, 11:8, 11:19, 11:21, 11:25, 12:1, 12:4, 12:19, 12:21, 13:2, 13:15, 14:8, 14:9, 14:19
**ability** [3] - 8:20, 8:21, 14:19
**about** [2] - 10:5, 11:20
**above** [1] - 14:20
**above-entitled** [1] - 14:20
**access** [1] - 13:8
**accommodation** [1] - 12:22
**actions** [4] - 11:10, 11:17, 11:18, 11:23
**additional** [1] - 10:6
**address** [1] - 11:23
**addressed** [1] - 14:2
**addressing** [1] - 8:19
**adjourned** [2] - 14:13, 14:15
**ADLER** [5] - 2:9, 3:16, 7:9, 13:20, 14:5
**Adler** [2] - 2:10, 3:16
**administrative** [1] - 12:7
**adult** [1] - 6:18
**advice** [1] - 11:19
**advised** [1] - 8:15
**affect** [1] - 8:20
**aggressive** [1] - 11:22
**agreement** [1] - 13:10
**AL** [2] - 1:4, 1:7
**al** [2] - 3:3
**ALFRED** [1] - 1:10
**all** [11] - 3:22, 6:7, 7:18, 7:20, 7:24, 10:7, 12:10, 13:14, 14:10, 14:11, 14:14
**allowed** [2] - 8:19, 12:25
**allowing** [1] - 13:8
**allows** [2] - 9:6, 13:9
**ALOBAIDI** [1] - 2:10
**Alobaidi** [5] - 3:16, 4:11, 7:9, 13:20, 14:5
**along** [1] - 8:23
**also** [4] - 6:11, 9:7, 10:6, 12:19
**amended** [4] - 4:6, 5:1, 5:3, 5:10
**Amendment** [4] - 8:14, 8:21, 9:4, 10:1
**amount** [1] - 8:19
**an** [5] - 6:10, 6:18, 8:18, 9:22, 10:3
**and** [40] - 2:6, 3:11, 3:18, 3:20, 4:6, 4:8, 4:14, 5:11, 5:13, 5:18, 5:24, 6:5, 6:10, 6:23, 6:25, 8:2, 8:6, 8:19, 9:13, 9:15, 10:5, 10:12, 10:13, 10:25, 11:1, 11:13, 11:16, 11:17, 11:19, 12:7, 12:12, 12:15, 12:20, 12:24, 13:4, 13:13, 14:8, 14:19, 14:19, 14:20
**and/or** [1] - 11:3
**Anderson** [3] - 3:3, 3:11, 4:8
**ANDERSON** [1] - 1:4
**another** [4] - 4:1, 4:10, 5:2, 5:7
**any** [11] - 5:12, 6:12, 6:20, 7:4, 7:6, 8:2, 9:2, 9:25, 13:25
**anything** [5] - 9:16, 10:18, 11:24, 13:17, 13:19
**apologize** [2] - 3:24, 7:13
**apparently** [1] - 6:10
**appear** [1] - 13:1
**appearance** [1] - 7:21
**appearances** [1] - 3:4
**APPEARANCES** [1] - 1:13
**appropriately** [1] - 10:16
**ARABI** [1] - 1:16
**are** [12] - 4:14, 4:15, 5:21, 5:24, 6:5, 6:10, 6:12, 11:12, 12:7, 13:6, 13:10, 13:25
**as** [8] - 5:19, 6:5, 6:7, 7:1, 8:15, 9:2, 12:8, 12:9
**ask** [3] - 9:10, 10:23, 11:3
**asserted** [1] - 8:13
**asserting** [2] - 9:4, 9:25
**Associates** [1] - 2:6
**at** [14] - 4:17, 4:20, 4:22, 4:23, 5:1, 5:2, 5:7, 5:8, 5:11, 9:11, 12:6, 12:11, 12:14, 13:5
**attempt** [1] - 12:2
**attention** [3] - 8:10, 14:1, 14:12
**Attorney's** [3] - 1:21, 2:1, 2:13
**attorney's** [1] - 12:13
**autopsy** [2] - 12:8, 13:2
**aware** [1] - 8:13
**Ayers** [2] - 3:11, 4:8
**Ayers-Woods** [2] - 3:11, 4:8

## B

**B** [3] - 1:15, 2:5, 2:9
**back** [1] - 10:15
**basis** [1] - 5:20
**be** [16] - 5:16, 6:9, 6:12, 9:18, 9:21, 9:24, 10:6, 10:8, 10:15, 10:24, 11:14, 11:17, 11:20, 11:22, 12:4, 12:12
**because** [7] - 7:19, 10:7, 10:24, 11:1, 12:6, 12:15, 13:2
**been** [5] - 6:3, 6:7, 10:24, 11:6, 12:20
**before** [4] - 8:17, 9:9, 10:13
**BEFORE** [1] - 1:10
**behalf** [2] - 3:14, 10:21
**being** [2] - 9:15, 11:16
**believe** [2] - 9:10, 12:20
**Bellaire** [1] - 2:11
**beneficiaries** [4] - 5:22, 6:6, 6:8, 6:25
**BENNETT** [1] - 1:10
**best** [1] - 14:19
**both** [1] - 11:6
**BRADLEY** [6] - 2:13, 7:12, 7:15, 7:22, 8:4, 13:24
**Bradley** [3] - 7:12, 7:15, 7:22
**Brief** [1] - 7:17
**burner** [1] - 10:15
**business** [1] - 13:14

**but** [4] - 4:15, 6:9, 9:2, 10:14
**BUTT** [5] - 2:1, 3:12, 7:10, 13:21, 14:7
**Butt** [1] - 3:12
**by** [8] - 1:24, 4:14, 5:17, 11:18, 13:4, 13:8, 13:12, 13:14

## C

**C** [1] - 3:1
**CALLAN** [9] - 1:20, 3:14, 5:14, 7:7, 10:21, 11:25, 12:6, 13:18, 14:4
**Callan** [2] - 3:14, 10:21
**can** [8] - 9:1, 10:6, 10:8, 10:10, 10:15, 11:4, 11:18, 12:22
**CARROLL** [1] - 2:1
**case** [11] - 8:16, 8:17, 8:18, 9:21, 10:25, 11:8, 12:5, 12:10, 12:20, 13:9, 14:9
**Cause** [1] - 3:2
**CERTIFICATE** [1] - 14:17
**certify** [1] - 14:19
**chain** [1] - 12:11
**charges** [2] - 11:13, 13:6
**children** [1] - 6:9
**chill** [1] - 11:7
**City** [1] - 8:17
**claim** [4] - 4:20, 4:24, 5:5, 5:23
**clear** [1] - 9:18
**CLERK** [1] - 14:14
**clients** [1] - 5:21
**close** [2] - 13:10, 13:14
**closer** [1] - 9:19
**come** [1] - 12:22
**comes** [1] - 11:21
**coming** [1] - 10:6
**command** [1] - 12:11
**comments** [1] - 11:23
**complaint** [1] - 4:18
**complaints** [1] - 5:3
**computer** [1] - 1:25
**condition** [1] - 10:7
**confidential** [1] - 12:14
**confidentiality** [1] - 12:19
**Congress** [3] - 1:22, 2:2, 2:14
**consider** [1] - 11:22
**consideration** [1] - 9:7
**consortium** [2] - 5:23, 6:23
**consumption** [1] - 13:7
**continue** [1] - 12:2
**correct** [4] - 9:23, 10:2, 12:3, 14:19
**could** [4] - 7:20, 11:1, 13:2, 13:12
**Counsel** [2] - 5:19, 14:11
**counsel** [11] - 3:4, 3:20, 3:22, 7:2, 8:8, 9:19, 11:24, 12:18, 13:17, 13:23, 13:25
**COUNTY** [2] - 1:7, 1:21
**County** [11] - 1:21, 2:1, 2:13, 3:3, 3:15, 5:14, 7:8, 10:22, 11:14, 13:18, 14:4
**County's** [1] - 4:4
**course** [1] - 5:13
**court** [2] - 6:21, 9:11
**COURT** [37] - 1:1, 3:2, 3:20, 3:22, 5:15, 5:24, 6:1, 6:3, 6:5, 6:12, 6:16, 6:18, 6:20, 6:23, 7:2, 7:6, 7:14, 7:16, 7:18, 7:24, 8:5, 8:10, 9:19, 9:23, 10:2, 10:10, 10:18, 10:20, 11:4, 12:4, 12:17, 12:23, 13:14, 13:19, 13:23, 13:25, 14:8
**Court** [35] - 2:21, 2:21, 2:22, 5:17, 8:5, 8:12, 8:13, 8:15, 8:16, 8:18, 8:22, 9:4, 9:6, 9:7, 9:8, 9:10, 9:22, 10:3, 10:9, 10:11, 10:13, 11:10, 11:16, 11:21, 11:23, 12:1, 12:8, 12:24, 12:25, 13:15, 14:1, 14:18, 14:22
**Court's** [3] - 8:10, 13:16, 14:12
**criminal** [4] - 11:1, 11:13, 12:7, 13:6
**CRR** [2] - 2:21, 14:18
**CRYSTAL** [1] - 2:1
**Crystal** [1] - 3:13
**CSR** [2] - 2:21, 14:18
**curtail** [1] - 11:11

## D

**D** [2] - 1:4, 3:1
**DAVID** [1] - 2:9
**David** [2] - 2:10, 3:16
**death** [2] - 5:22, 7:1
**decedent** [1] - 6:2
**defendant** [6] - 4:2, 4:4, 4:6, 4:11, 7:7, 14:4
**DEFENDANT** [5] - 1:20, 2:1, 2:5, 2:9, 2:13
**defendants** [8] - 7:6, 8:13, 9:3, 9:4, 9:25, 11:12, 13:19
**defendants'** [3] - 4:12, 8:20, 8:21
**defense** [2] - 10:20, 11:8
**Defensive** [2] - 1:21, 2:2
**department** [1] - 12:12
**depositions** [2] - 9:2, 9:21
**deputies** [1] - 11:2
**Deputy** [5] - 3:16, 3:19, 7:23, 8:1, 13:24
**did** [3] - 5:13, 8:20, 12:8
**didn't** [1] - 10:5
**different** [1] - 8:22
**difficult** [1] - 7:25
**direct** [1] - 12:2
**directed** [1] - 12:8
**discovery** [10] - 4:3, 5:8, 5:9, 8:20, 9:1, 9:3, 9:5, 9:6, 9:24, 12:25
**discuss** [1] - 12:2
**discussion** [1] - 14:2
**dismiss** [11] - 4:18, 4:20, 4:23, 4:24, 5:5, 5:7, 9:8, 9:14, 10:7, 10:8, 10:10
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [4] - 2:22, 2:22, 14:18
**district** [1] - 12:12
**DIVISION** [1] - 1:2
**division** [1] - 12:11
**do** [8] - 3:24, 4:1, 6:6, 6:16, 8:2, 12:4, 13:10, 14:19
**document** [1] - 4:16
**Document** [18] - 3:25, 4:3, 4:5, 4:7, 4:9, 4:11, 4:13, 4:17, 4:19, 4:21, 4:23, 4:25, 5:1, 5:2, 5:4, 5:6, 5:7, 5:9
**documents** [1] - 13:1
**does** [1] - 12:24
**don't** [5] - 7:4, 10:13, 12:15, 13:6

## E

**E** [2] - 3:1
**E618** [1] - 2:18
**earlier** [1] - 5:3
**EDWARDS** [17] - 1:15, 3:5, 6:4, 6:7, 6:14, 6:17, 6:19, 7:4, 9:18, 9:20, 9:24, 10:3, 10:17, 10:19, 12:19, 13:12, 14:3
**Edwards** [2] - 1:16, 3:5
**else** [5] - 10:18, 10:19, 11:24, 13:17, 14:11
**Eman** [1] - 3:7
**EMAN** [1] - 1:16
**entered** [2] - 8:18, 10:24
**entering** [1] - 11:4
**entitled** [1] - 14:20
**envision** [1] - 12:4
**estate** [4] - 6:3, 6:6, 6:8, 6:13
**ESTRADA** [1] - 2:1
**Estrada** [4] - 3:13, 7:10, 13:21, 14:7
**Estrada's** [1] - 4:6
**estranged** [1] - 6:10
**ET** [2] - 1:4, 1:7
**et** [2] - 3:3
**Evelyn** [1] - 3:11
**excused** [1] - 14:13
**expect** [1] - 12:24
**expectation** [1] - 11:9
**extent** [1] - 10:12

## F

**F** [1] - 1:20
**facing** [1] - 11:13
**fact** [1] - 13:5
**failure** [3] - 4:20, 4:24, 5:5
**Fernandez's** [1] - 4:2
**Fifth** [4] - 8:14, 8:21, 9:4, 10:1
**file** [2] - 10:10, 10:13
**filed** [3] - 10:8, 13:13
**Firm** [2] - 1:16, 2:17
**first** [2] - 7:20, 9:17
**Floor** [3] - 1:22, 2:3, 2:14
**for** [23] - 3:4, 3:5, 3:7, 3:9, 3:10, 3:12, 3:16, 3:18, 4:2, 4:20, 4:24, 5:5, 5:17, 5:20, 5:23, 7:2, 7:21, 11:3, 13:1, 13:7, 13:15, 14:12
**FOR** [7] - 1:15, 1:20, 2:1, 2:5, 2:9, 2:13, 2:17
**foregoing** [1] - 14:19
**form** [1] - 12:1

**format** [1] - 12:21
**forward** [3] - 9:7, 9:9, 13:1
**Fournace** [1] - 2:18
**from** [21] - 4:10, 5:14, 7:7, 7:9, 7:10, 7:11, 9:15, 10:20, 10:24, 13:18, 13:19, 13:20, 13:21, 13:22, 13:24, 14:3, 14:4, 14:5, 14:6, 14:7, 14:20
**full** [2] - 9:8, 9:12

## G

**G** [1] - 3:1
**gag** [3] - 11:3, 11:5, 11:19
**Garcia** [5] - 3:19, 4:2, 7:11, 13:22, 14:6
**GARCIA** [1] - 2:6
**Garcia-Fernandez's** [1] - 4:2
**GEORGE** [1] - 1:15
**George** [1] - 3:5
**get** [3] - 9:8, 12:8, 13:8
**give** [1] - 14:1
**given** [1] - 13:5
**go** [3] - 4:16, 9:7, 13:1
**going** [10] - 3:23, 4:16, 7:18, 9:10, 10:15, 11:5, 11:10, 11:14, 12:12, 12:15
**good** [3] - 3:12, 12:23, 14:10
**got** [1] - 7:14
**granted** [1] - 8:7

## H

**H** [1] - 1:10
**had** [2] - 6:9, 6:10
**half** [1] - 14:8
**happen** [2] - 11:5, 12:15
**happened** [1] - 8:25
**happy** [2] - 10:14, 11:22
**hard** [1] - 7:19
**HARRIS** [2] - 1:7, 1:21
**Harris** [11] - 1:21, 2:1, 2:13, 3:3, 3:15, 4:4, 5:14, 7:8, 10:22, 11:14, 14:4
**has** [7] - 5:12, 6:3, 8:16, 10:24, 12:1, 12:25, 14:1
**have** [18] - 3:23, 4:2, 4:10, 4:17, 5:23, 6:7, 6:20, 7:4, 7:18, 8:2, 8:13, 8:24, 8:25, 9:12, 10:6, 10:14, 11:6, 13:12
**having** [5] - 7:19, 7:24, 8:5, 8:6, 14:11
**he** [3] - 6:9, 6:10, 6:16
**he's** [2] - 6:17, 6:18
**hear** [1] - 9:15
**heard** [4] - 7:25, 8:5, 8:6, 14:11
**HEARD** [1] - 1:10
**hearing** [4] - 3:23, 7:19, 7:25, 14:9
**hears** [2] - 8:22, 9:6
**heirs** [2] - 6:7, 6:9
**here** [3] - 5:12, 8:16, 14:9
**hereby** [2] - 8:7, 14:19
**his** [1] - 6:14
**homicide** [1] - 12:11
**Honor** [21] - 3:6, 3:8, 3:12, 3:17, 5:14, 5:21, 6:22, 7:9, 7:10, 7:12, 8:9, 10:23, 12:6, 13:18, 13:20, 13:21, 13:22, 13:24, 14:5, 14:6, 14:7
**HONORABLE** [1] - 1:10
**Hopkins** [1] - 3:9
**HOPKINS** [2] - 1:15, 3:9
**hours** [1] - 14:8
**HOUSTON** [2] - 1:2, 1:5
**Houston** [8] - 1:18, 1:23, 2:3, 2:7, 2:15, 2:19, 2:24, 8:17
**how** [2] - 6:16, 13:10
**however** [2] - 11:9, 13:8

## I

**I** [28] - 3:1, 3:23, 3:24, 4:2, 4:10, 4:15, 4:17, 5:13, 7:12, 7:22, 7:25, 8:23, 9:10, 10:13, 11:4, 11:16, 11:25, 12:1, 12:14, 12:15, 12:19, 12:21, 13:6, 13:12, 14:8, 14:18
**I'll** [1] - 9:15
**I'm** [7] - 3:23, 4:16, 7:15, 7:24, 10:14, 11:4, 11:22
**I've** [1] - 4:15
**identical** [1] - 12:21
**if** [3] - 3:24, 9:10, 11:21
**III** [1] - 1:15
**importantly** [1] - 13:4
**in** [21] - 5:18, 6:13, 6:20, 7:17, 8:18, 9:13, 9:16, 9:19, 9:21, 10:25, 11:25, 12:5, 12:9, 12:10, 12:20, 13:1, 13:5, 14:2, 14:8, 14:9, 14:20
**include** [1] - 9:13
**indication** [1] - 10:24
**indicted** [2] - 9:3, 9:25
**individual** [2] - 8:21, 13:19
**information** [1] - 9:13
**instances** [1] - 11:22
**intend** [1] - 10:25
**intends** [1] - 8:23
**interfere** [2] - 11:2, 12:16
**intervene** [7] - 4:9, 4:22, 5:2, 5:19, 8:3, 8:6, 8:7
**intervenors** [3] - 3:10, 5:24, 6:20
**intervention** [2] - 5:20, 7:5
**investigation** [3] - 11:1, 12:7
**investigations** [1] - 8:24
**is** [30] - 3:2, 3:22, 3:25, 4:3, 4:5, 4:7, 4:9, 4:11, 4:13, 4:18, 5:4, 6:10, 6:14, 6:16, 6:23, 7:12, 7:15, 7:22, 8:7, 8:13, 11:1, 11:10, 11:14, 12:3, 12:9, 12:10, 12:25, 14:19
**issue** [1] - 11:6
**issued** [1] - 12:20
**issues** [3] - 8:19, 9:22, 10:3
**it** [12] - 4:1, 6:24, 8:17, 8:22, 9:9, 11:1, 12:9, 12:12, 13:8, 13:12, 14:1
**it's** [2] - 6:8, 6:23
**items** [1] - 13:2
**its** [3] - 9:7, 9:13, 14:1

## J

**JAMES** [1] - 2:1
**Jason** [1] - 3:10
**JASON** [1] - 2:17
**JENNIFER** [1] - 1:20
**Jennifer** [2] - 3:14, 10:21
**Jim** [1] - 3:12
**joint** [1] - 13:15
**Jr** [1] - 6:14
**JUDGE** [1] - 1:10
**Judge** [2] - 6:4, 9:20
**jury** [2] - 11:13, 13:3
**just** [7] - 4:16, 6:23, 7:16, 9:18, 10:11, 10:15, 12:2
**justice** [2] - 11:11, 11:18

## K

**Katbi** [1] - 3:7
**KATBI** [2] - 1:16, 3:7
**Kenneth** [3] - 3:11, 4:8, 6:14
**KENNETH** [1] - 1:4
**kick** [1] - 9:11
**kind** [1] - 9:2
**know** [9] - 3:23, 6:6, 6:16, 8:23, 9:12, 11:12, 11:13, 12:15, 13:5
**known** [1] - 11:6
**KUNIANSKY** [5] - 2:5, 3:18, 7:11, 13:22, 14:6
**Kuniansky** [2] - 2:6, 3:18

## L

**lack** [1] - 6:23
**Lanie** [3] - 2:21, 14:18, 14:22
**last** [1] - 8:15
**later** [1] - 13:15
**Law** [2] - 1:16, 2:17
**LAW** [1] - 14:14
**lawyer** [1] - 5:12
**lawyers** [1] - 11:6
**least** [1] - 9:11
**let** [1] - 4:1
**let's** [1] - 5:17
**like** [4] - 9:8, 10:8, 12:14, 13:2
**limited** [1] - 8:19
**lines** [1] - 8:23
**listed** [4] - 6:5, 6:7, 6:10, 6:11
**Litigation** [2] - 1:21, 2:2
**Loop** [1] - 2:10
**loss** [1] - 5:23
**Louisiana** [1] - 2:6

## M

**M** [3] - 2:21, 14:18, 14:22
**make** [1] - 7:20
**MARCH** [1] - 1:7
**mark** [1] - 12:14

**matter** [1] - 14:20
**may** [1] - 5:16
**me** [2] - 4:1, 12:8
**mechanical** [1] - 1:24
**media** [1] - 10:25
**mention** [1] - 5:13
**mentioned** [1] - 4:15
**MERCY** [1] - 2:6
**might** [1] - 10:5
**mike** [1] - 9:19
**miss** [1] - 3:24
**MOHANAD** [1] - 2:10
**moment** [1] - 7:16
**Monday** [2] - 12:9, 13:13
**more** [2] - 11:22, 13:4
**morning** [3] - 3:12, 14:2, 14:12
**motion** [29] - 3:22, 3:25, 4:2, 4:4, 4:6, 4:9, 4:10, 4:12, 4:17, 4:18, 4:20, 4:22, 4:23, 4:24, 5:1, 5:2, 5:3, 5:5, 5:7, 5:8, 5:9, 5:10, 5:11, 5:19, 5:20, 8:2, 8:6, 8:11
**MOTION** [1] - 1:9
**motions** [12] - 3:23, 4:14, 4:15, 5:12, 8:12, 9:8, 9:13, 10:6, 10:7, 10:8, 10:10, 13:25
**MOVANT** [1] - 2:17
**moving** [1] - 9:9
**MR** [40] - 1:15, 2:1, 2:5, 2:9, 2:17, 3:5, 3:10, 3:12, 3:16, 3:18, 5:21, 5:25, 6:2, 6:4, 6:7, 6:14, 6:17, 6:19, 6:22, 6:25, 7:4, 7:9, 7:10, 7:11, 8:9, 9:18, 9:20, 9:24, 10:3, 10:17, 10:19, 12:19, 13:12, 13:20, 13:21, 13:22, 14:3, 14:5, 14:6, 14:7
**Ms** [1] - 7:15
**MS** [19] - 1:15, 1:16, 1:20, 2:13, 3:7, 3:9, 3:14, 5:14, 7:7, 7:12, 7:15, 7:22, 8:4, 10:21, 11:25, 12:6, 13:18, 13:24, 14:4
**my** [5] - 5:21, 6:8, 11:9, 12:9, 14:19

## N

**N** [1] - 3:1
**narrowly** [2] - 4:3, 12:25
**nearly** [1] - 12:21
**need** [1] - 9:16
**needs** [5] - 11:21, 11:23, 12:4, 13:5, 14:1
**negotiating** [1] - 12:21
**news** [2] - 11:14, 11:15
**next** [1] - 8:10
**no** [12] - 6:22, 7:7, 7:9, 7:10, 7:11, 8:4, 8:6, 9:21, 9:24, 10:7, 10:10, 13:15
**No** [1] - 3:21
**none** [1] - 5:14
**not** [11] - 5:13, 6:9, 8:20, 11:4, 11:5, 11:10, 11:19, 12:24, 13:18, 13:20, 14:1
**nothing** [11] - 10:8, 10:19, 13:21, 13:22, 13:24, 14:3, 14:4, 14:5, 14:6, 14:7, 14:11
**now** [5] - 11:4, 11:12, 11:21, 12:9, 13:7
**Number** [6] - 3:2, 4:1, 4:5, 4:9, 4:11, 5:7
**numbered** [1] - 14:20
**numbers** [1] - 4:16

## O

**O** [1] - 3:1
**objection** [5] - 7:4, 7:9, 7:10, 7:11, 8:6
**objections** [2] - 7:7, 8:2
**OF** [2] - 1:1, 1:9
**of** [41] - 2:22, 3:14, 4:3, 4:15, 5:13, 5:17, 5:23, 6:2, 6:6, 6:8, 6:12, 6:13, 6:23, 7:6, 7:20, 8:17, 8:20, 9:2, 9:7, 9:9, 9:11, 10:21, 11:2, 11:8, 11:9, 11:11, 11:13, 11:16, 11:18, 11:23, 12:9, 12:10, 12:11, 13:4, 13:9, 13:14, 14:19, 14:19, 14:20
**Office** [3] - 1:21, 2:1, 2:13
**office** [1] - 12:13
**officers** [2] - 11:9, 11:16
**Official** [4] - 2:21, 2:21, 14:18, 14:22
**okay** [3] - 6:18, 9:24, 10:20
**old** [1] - 6:16
**on** [15] - 3:14, 3:20, 9:16, 9:25, 10:13, 10:15, 10:21, 11:6, 12:22, 13:9, 13:10, 13:14, 13:23, 14:8
**one** [1] - 12:24
**opportunity** [1] - 9:12
**opposed** [4] - 4:4, 4:6, 5:9, 5:11
**or** [8] - 6:6, 9:2, 9:3, 9:6, 9:25, 11:8, 11:18, 11:23
**order** [12] - 8:19, 9:22, 10:3, 10:23, 11:3, 11:5, 11:19, 11:25, 12:5, 12:19, 13:15
**other** [4] - 4:14, 6:21, 10:7, 11:7
**otherwise** [3] - 9:22, 10:4, 10:9
**our** [1] - 14:2
**out** [4] - 5:18, 9:11, 11:14, 13:12

## P

**P** [1] - 3:1
**PAGE** [1] - 2:13
**Page** [4] - 7:23, 8:1, 13:24
**parents** [4] - 5:25, 6:1, 6:5, 6:9
**particular** [3] - 8:18, 9:3, 9:5
**parties** [3] - 8:15, 9:16, 12:2
**party** [1] - 8:8
**Patricia** [1] - 3:7
**PATRICIA** [1] - 1:16
**PATRICK** [1] - 2:17
**pause** [1] - 7:17
**PC** [1] - 2:10
**pending** [8] - 3:23, 4:15, 6:4, 8:16, 11:1, 12:8, 12:10, 13:6
**perhaps** [2] - 8:25
**personal** [1] - 6:12
**PEYTON** [1] - 1:15
**Peyton** [1] - 3:9
**phone** [2] - 3:20, 13:23
**picture** [2] - 9:8, 9:12
**Place** [1] - 2:18
**place** [2] - 8:24, 9:1
**plaintiff** [3] - 3:9, 7:2, 9:17
**PLAINTIFFS** [1] - 1:15
**plaintiffs** [6] - 3:5, 3:7, 9:11, 9:12, 10:25, 14:3
**plaintiffs'** [1] - 4:12
**plead** [1] - 8:21
**pleading** [1] - 10:14
**please** [1] - 7:20
**PLLC** [1] - 1:16
**point** [2] - 12:15, 13:5
**pool** [2] - 11:13, 13:3
**possession** [1] - 12:9
**potential** [4] - 3:10, 11:2, 12:16, 13:6
**potentially** [1] - 11:12
**practice** [1] - 10:14
**preference** [1] - 5:17
**present** [1] - 13:15
**presume** [1] - 12:1
**privilege** [2] - 8:14, 10:1
**privileges** [1] - 9:4
**probably** [1] - 8:24
**probate** [2] - 6:4, 6:13
**probated** [1] - 6:3
**proceed** [1] - 8:23
**proceedings** [6] - 4:7, 4:10, 4:13, 7:17, 14:15, 14:20
**PROCEEDINGS** [1] - 1:9
**Proceedings** [1] - 1:24
**produced** [1] - 1:25
**prosecution** [4] - 11:2, 11:7, 12:16, 13:9
**protective** [4] - 10:23, 11:3, 11:25, 12:5
**public** [2] - 13:1, 13:4
**pull** [1] - 9:19
**put** [3] - 10:12, 10:15, 14:8

## R

**R** [1] - 3:1
**reach** [1] - 10:16
**reading** [1] - 11:14
**realize** [1] - 12:1
**record** [3] - 3:4, 7:21, 14:20
**recorded** [1] - 1:24
**regarding** [1] - 8:25
**regards** [1] - 11:25
**relief** [1] - 6:20
**replies** [1] - 5:13
**report** [1] - 12:9
**Reporter** [4] - 2:21, 2:21, 14:18, 14:22
**REPORTER'S** [1] - 14:17
**reports** [3] - 8:25, 11:14, 11:15

**represent** [1] - 7:23
**representative** [1] - 6:13
**representing** [1] - 8:1
**response** [3] - 3:21, 4:12, 9:13
**resulted** [1] - 14:9
**review** [1] - 12:11
**reviewed** [1] - 8:12
**RICHARD** [1] - 2:5
**Richard** [1] - 3:18
**right** [7] - 3:22, 7:18, 7:24, 11:4, 13:7, 13:14, 14:11
**rise** [1] - 14:14
**RMR** [2] - 2:21, 14:18
**Room** [1] - 2:23
**Rusk** [1] - 2:23

## S

**S** [1] - 3:1
**sage** [1] - 11:19
**said** [1] - 9:15
**same** [2] - 8:19, 8:23
**Sawyer** [1] - 1:17
**say** [2] - 7:2, 12:18
**says** [1] - 10:9
**Scofield** [1] - 3:10
**SCOFIELD** [8] - 2:17, 3:10, 5:21, 5:25, 6:2, 6:22, 6:25, 8:9
**seal** [1] - 5:3
**seated** [1] - 5:16
**see** [3] - 5:18, 11:7, 12:25
**seeking** [2] - 6:12, 6:14
**served** [1] - 9:24
**several** [1] - 3:23
**Sheena** [1] - 2:17
**sheriff's** [1] - 12:12
**should** [2] - 9:12, 11:17
**side** [1] - 11:7
**sides** [1] - 11:6
**signature** [1] - 13:16
**similar** [2] - 8:16, 12:21
**sir** [2] - 7:3, 10:18
**Smith** [3] - 2:21, 14:18, 14:22
**so** [13] - 3:24, 6:7, 6:9, 9:15, 9:18, 9:21, 10:12, 11:20, 12:14, 12:20, 12:21, 13:10, 14:9
**some** [5] - 3:24, 4:15, 9:6, 10:6, 12:22
**something** [1] - 8:22
**son** [1] - 6:14
**sorry** [2] - 7:15, 9:20
**sought** [1] - 6:20
**sounds** [1] - 12:23
**South** [1] - 2:10
**southern** [1] - 2:22
**Southern** [1] - 14:18
**SOUTHERN** [1] - 1:1
**speak** [2] - 7:14, 7:18
**specific** [2] - 9:16, 11:22
**specifically** [2] - 8:23, 13:2
**Sr** [1] - 3:11
**Sr.'s** [1] - 4:8
**standard** [1] - 12:1
**state** [3] - 4:20, 4:24, 5:5
**statements** [1] - 11:7
**States** [2] - 2:22, 14:18
**STATES** [2] - 1:1, 1:10
**status** [1] - 6:15
**statute** [2] - 5:22, 7:1
**statutory** [1] - 5:21
**stay** [16] - 3:25, 4:3, 4:4, 4:7, 4:10, 4:13, 4:17, 5:8, 5:9, 5:10, 5:11, 8:11, 8:12, 9:5, 9:7, 10:14
**stenography** [1] - 1:24
**still** [3] - 7:24, 12:8, 12:10
**Street** [1] - 1:17
**such** [2] - 11:10, 11:17
**suggest** [1] - 11:16
**Suite** [4] - 1:17, 2:7, 2:11, 2:18
**Suzanne** [2] - 7:12, 7:22
**SUZANNE** [1] - 2:13

## T

**tailored** [3] - 4:3, 11:17, 12:25
**taint** [1] - 13:2
**take** [3] - 9:1, 10:11, 11:10
**taken** [2] - 8:24, 9:21
**talk** [1] - 10:5
**tell** [1] - 11:4
**TEXAS** [4] - 1:1, 1:7, 1:5, 1:21
**Texas** [12] - 1:18, 1:23, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 2:24, 3:3, 5:22, 14:19
**thank** [3] - 5:16, 8:9, 14:12
**that** [46] - 4:15, 5:12, 5:13, 6:8, 6:15, 6:23, 7:25, 8:13, 8:16, 8:18, 8:20, 8:24, 8:25, 9:5, 9:10, 9:13, 9:15, 9:16, 10:7, 10:8, 10:12, 10:23, 10:25, 11:10, 11:12, 11:13, 11:17, 11:20, 11:23, 12:3, 12:10, 12:14, 12:16, 12:20, 12:22, 13:2, 13:5, 13:25, 14:1, 14:19
**that's** [5] - 11:5, 11:19, 13:6, 14:10
**the** [126] - 3:4, 3:5, 3:7, 3:9, 3:20, 4:8, 4:16, 5:8, 5:13, 5:17, 5:19, 5:20, 5:22, 5:24, 5:25, 6:1, 6:2, 6:3, 6:5, 6:6, 6:7, 6:8, 6:12, 6:13, 6:20, 7:1, 7:2, 7:4, 7:6, 7:7, 7:17, 7:21, 8:2, 8:5, 8:6, 8:8, 8:10, 8:12, 8:15, 8:16, 8:17, 8:18, 8:20, 8:21, 8:22, 9:2, 9:3, 9:4, 9:6, 9:7, 9:8, 9:10, 9:11, 9:12, 9:13, 9:15, 9:17, 9:21, 9:22, 10:3, 10:9, 10:10, 10:11, 10:12, 10:13, 10:15, 10:20, 10:24, 10:25, 11:1, 11:2, 11:7, 11:11, 11:13, 11:17, 11:21, 12:1, 12:2, 12:6, 12:7, 12:8, 12:10, 12:11, 12:12, 12:20, 12:24, 12:25, 13:2, 13:4, 13:5, 13:9, 13:15, 13:18, 13:19, 13:23, 14:8, 14:19, 14:19, 14:20
**THE** [45] - 1:10, 1:15, 1:20, 2:1, 2:5, 2:9, 2:13, 2:17, 3:2, 3:20, 3:22, 5:15, 5:24, 6:1, 6:3, 6:5, 6:12, 6:16, 6:18, 6:20, 6:23, 7:2, 7:6, 7:14, 7:16, 7:18, 7:24, 8:5, 8:10, 9:19, 9:23, 10:2, 10:10, 10:18, 10:20, 11:4, 12:4, 12:17, 12:23, 13:14, 13:19, 13:23, 13:25, 14:8, 14:14
**The** [1] - 14:15
**them** [3] - 10:11, 10:12, 10:16
**then** [3] - 4:14, 9:11, 10:5
**there** [10] - 3:25, 4:14, 5:12, 10:5, 10:13, 10:24, 11:14, 11:21, 12:19, 13:25
**there's** [1] - 8:24
**these** [3] - 8:19, 11:12, 13:5
**they** [7] - 5:22, 6:9, 8:16, 9:16, 10:10, 10:12, 10:25
**they're** [4] - 6:25, 10:13, 10:14, 11:10
**they've** [1] - 10:7
**thing** [1] - 12:24
**think** [5] - 4:15, 12:22, 13:6, 13:11, 13:12
**this** [18] - 3:2, 3:22, 7:12, 7:15, 7:22, 10:25, 11:9, 11:16, 11:23, 12:5, 12:6, 12:14, 13:5, 13:10, 13:25, 14:2, 14:12
**those** [4] - 6:12, 8:23, 10:14, 13:1
**three** [1] - 6:9
**through** [1] - 4:16
**time** [7] - 7:19, 7:25, 8:15, 11:21, 12:6, 13:5, 13:11
**time-wise** [1] - 13:11
**to** [96] - 3:23, 3:25, 4:4, 4:6, 4:9, 4:10, 4:12, 4:16, 4:17, 4:18, 4:20, 4:22, 4:23, 4:24, 5:2, 5:3, 5:5, 5:7, 5:8, 5:9, 5:10, 5:11, 5:19, 6:12, 7:4, 7:14, 7:18, 8:2, 8:6, 8:7, 8:8, 8:10, 8:11, 8:12, 8:21, 8:23, 9:2, 9:3, 9:6, 9:8, 9:10, 9:11, 9:12, 9:13, 9:16, 9:18, 9:19, 9:24, 10:7, 10:8, 10:10, 10:12, 10:13, 10:14, 10:15, 10:25, 11:5, 11:6, 11:7, 11:10, 11:14, 11:22, 11:23, 11:25, 12:2, 12:4, 12:12, 12:14, 12:15, 12:16, 12:22, 12:24, 13:1, 13:5, 13:8, 13:9, 13:15, 14:1, 14:19
**today** [1] - 14:9
**transcript** [2] - 1:25, 14:19
**TRANSCRIPT** [1] - 1:9
**true** [1] - 14:19
**try** [2] - 10:25, 11:7
**turn** [1] - 11:18
**turning** [1] - 8:10
**Tuttle** [3] - 8:17, 12:20, 14:9
**two** [1] - 14:8
**two-and-a-half** [1] - 14:8

## U

**under** [3] - 5:22, 6:25, 12:4
**understanding** [2] - 6:8, 14:20
**understood** [2] - 10:17, 12:17
**United** [2] - 2:22, 14:18
**UNITED** [2] - 1:1, 1:10
**unless** [1] - 8:22
**unmolested** [1] - 11:18

**unopposed** [1] - 5:1
**until** [5] - 9:6, 9:21, 10:3, 10:8, 10:15
**up** [3] - 7:14, 7:19, 10:11

## V

**various** [3] - 4:14, 5:13, 8:13
**versus** [2] - 3:3, 8:17
**very** [6] - 5:15, 7:24, 8:5, 8:16, 9:11, 12:21
**via** [1] - 1:25
**Victor** [1] - 7:23
**VICTOR** [1] - 2:13
**VS** [1] - 1:5

## W

**want** [3] - 10:12, 10:13, 12:16
**was** [2] - 12:19, 12:20
**watching** [1] - 11:15
**way** [4] - 4:1, 4:14, 5:17, 13:4
**we** [12] - 3:23, 7:4, 10:5, 10:6, 10:15, 10:23, 11:2, 11:12, 11:13, 12:8, 12:22, 13:12
**we're** [2] - 7:19, 14:12
**we've** [1] - 12:20
**Wednesday** [1] - 13:15
**weigh** [1] - 9:16
**welcome** [1] - 8:8
**well** [6] - 4:1, 5:15, 5:17, 6:25, 7:1, 8:5
**were** [3] - 5:12, 8:16, 14:15
**West** [1] - 2:10
**what** [5] - 7:2, 8:25, 12:4, 12:18, 13:4
**what's** [3] - 5:19, 9:9, 12:15
**wheels** [2] - 11:11, 11:18
**when** [1] - 11:21
**where** [1] - 12:25
**whether** [1] - 10:5
**which** [9] - 3:25, 4:3, 4:5, 4:7, 4:9, 4:11, 4:13, 4:18, 5:3
**who** [2] - 5:24, 6:10
**who's** [2] - 5:18
**wife** [1] - 6:10
**will** [5] - 9:5, 9:7, 9:21, 12:2, 12:12
**wise** [2] - 11:20, 13:11
**with** [4] - 9:15, 11:2, 12:11, 12:16
**won't** [1] - 10:11
**Woods** [2] - 3:11, 4:8
**words** [2] - 11:17, 11:18
**work** [1] - 13:9
**worked** [1] - 13:12
**would** [7] - 6:9, 9:8, 10:23, 11:3, 11:10, 11:16, 12:14
**written** [2] - 9:3, 9:24
**wrongful** [2] - 5:22, 7:1

## Y

**yeah** [1] - 6:19
**yes** [1] - 7:22
**Yes** [1] - 6:14
**yet** [1] - 14:1
**you** [19] - 5:16, 6:6, 6:16, 7:2, 7:19, 7:20, 7:25, 8:2, 8:9, 9:19, 11:4, 12:4, 12:18, 13:8, 13:9, 13:10, 14:12
**you're** [4] - 7:18, 7:25, 9:10, 14:13
**you've** [1] - 7:14
**your** [7] - 3:4, 5:20, 7:20, 9:19, 11:17, 11:18, 13:9
**Your** [21] - 3:6, 3:8, 3:12, 3:17, 5:14, 5:21, 6:22, 7:9, 7:10, 7:12, 8:9, 10:23, 12:6, 13:18, 13:20, 13:21, 13:22, 13:24, 14:5, 14:6, 14:7