United States District Court
Southern District of Texas
**ENTERED**
August 29, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH D. ANDERSON, *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | §  CIVIL ACTION NO. 4:21-CV-03730 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § |
| Defendants. | § § |

## ORDER

Before the Court are Defendants' Motions to Dismiss Plaintiffs' Amended Complaint (Docs. #46, #47, #69, and #70) and Defendants' Motions to Dismiss Intervenors' Complaint (Docs. #98, #99, #100, #101, and #102). For administrative purposes, said Motions to Dismiss are hereby DENIED WITHOUT PREJUDICE pending completion of the Court ordered discovery discussed at the March 17, 2022 Motion Hearing. Defendants may refile their Motions to Dismiss upon the completion of said discovery.

It is so ORDERED.

AUG 2 9 2022
Date

The Honorable Alfred H. Bennett
United States District Judge