United States Courts
Southern District of Texas
FILED

December 05, 2022

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 5, 2022
Lyle W. Cayce
Clerk

No. 22-20523

KENNETH D. ANDERSON, *Et al.*,

*Plaintiffs,*

*versus*

VICTOR PAGE, *Deputy*,

*Defendant—Appellant,*

*versus*

EVELYN FAY AYERS-WOODS; KENNETH ANDERSON, SR.,

*Intervenors—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3730

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of December 05, 2022, pursuant to appellant's motion.

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 05, 2022

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 22-20523    Page v. Ayers-Woods  
                        USDC No. 4:21-CV-3730

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Rebecca L. Leto, Deputy Clerk  
                              504-310-7703

cc:   Mr. Robert Henry Ford  
       Mr. Allen Holden Zwernemann