UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH D. ANDERSON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-03730 |
| HARRIS COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

The parties have submitted discovery letters disputing whether Defendant Harris County is required to produce material that Harris County argues is protected by attorney-client privilege. The Court held a hearing on this matter on December 2, 2022. Specifically at issue is Harris County's failure to produce the audio recording of Sergeant Douglass' telephone conversations with the District Attorney and County Attorney Offices (the "Audio File"), withheld in response to Plaintiffs' Request for Production #1 and #3. The Court has reviewed the Audio File *in camera* and finds that no legal services were sought, and no legal advice was dispensed. Moreover, because a third party was present at the meeting (the dispatcher), any attorney-client privilege that may have been asserted was waived.

Accordingly, Defendant Harris County is hereby ORDERED to produce the Audio File to Plaintiffs in accordance with Plaintiffs' Request for Production.

_12/6/22_
Date

_____
The Honorable Alfred H. Bennett
United States District Judge