# Edwards Sutarwalla PLLC

602 Sawyer Street, Suite 490 • Houston, Texas 77007 • www.eslawpartners.com

April 28, 2023

**Via Hand Delivery:**
Nathan Ochsner, Clerk of Court
Bob Casey United States Courthouse
515 Rusk Street, Room 8624
Houston, Texas 77002

**Courtesy Copy**
Hon. Alfred H. Bennett
c/o Lisa Edwards, Case Manager
Bob Casey United States Courthouse
515 Rusk Street, Room 8624
Houston, Texas 77002

Re: Civil Action No: 4:21-cv-3730;
Estate of Kenneth Anderson Jr., et al. v. Harris County, et al.

Dear Nathan Ochsner,

Enclosed please find a USB device containing documents to be filed under seal as "Exhibits 1 through 6" to **Docket Entry 180** - Plaintiff's Response to Defendant Cristal Estrada's Motion for Judgment on the Pleadings and Motion to Stay Discovery. A Motion to Seal these exhibits has been filed as **Docket Entry 181** - Plaintiff's Motion to File Under Seal. Please feel free to contact me by phone or e-mail regarding any questions.

Respectfully submitted,
**EDWARDS SUTARWALLA PLLC**

By: *George Edwards III*
George Edwards III
State Bar No. 24055438
Fed. Id. No. 1031248

CC: All Counsel of Record