# LAW OFFICES OF RICHARD KUNIANSKY

RICHARD KUNIANSKY

Board Certified in Criminal Law by Texas Board of Legal Specialization
Former Assistant United States Attorney

440 Louisiana, Suite 1440 ✦ Houston, Texas 77002
(713) 622-8333 ✦ rkuniansky@gmail.com

May 3, 2023

*VIA HAND DELIVERY*
Nathan Ochsner, Clerk of Court
515 Rusk St.
Houston, TX 77002

Re: *Anderson v. Harris County, et al*; Case No. 4:21cv3730; In the United States District Court for the Southern District of Texas

Dear Mr. Ochsner:

Enclosed please find a flash drive containing 3 videos to be filed under seal as Exhibits to Docket Entry 168 - Defendant Mercy Garcia-Fernandez's Renewed Motion To Dismiss All Claims In Plaintiffs' First Amended Complaint And Motion To Stay Discovery and Docket Entry 169 - Defendant Mercy Garcia-Fernandez's Motion For Judgment On The Pleadings In The Intervenors' Complaint And Motion To Stay Discovery. A motion to seal these exhibits has been filed as Docket Entry 171 - Defendant Mercy Garcia-Fernandez's Motion to File Under Seal.

Please contact me should you have any questions regarding this matter.

Very truly yours,

Richard Kuniansky

Enclosure
RBK/rrb

cc:   All Counsel of Record - *By Electronic Means*

      Courtesy Copy - *VIA HAND DELIVERY*
      Hon. Alfred H. Bennett
      c/o/ Lisa Edwards, Case Manager
      515 Rusk St., Room 8624
      Houston, TX 77002