**Whitney Wester**
Associate
wwester@bradley.com
713.576.0358 Direct
713.576.0301 Fax

# Bradley

United States Courts
Southern District of Texas
FILED

MAY 03 2023

Nathan Ochsner, Clerk of Court

May 3, 2023

**Via Hand Delivery**
Clerk of Court
U.S. District Court
  Southern District of Texas
  Houston Division
515 Rusk Avenue
Houston, Texas 77002

> Re: Cause No. 4:21-CV-03730; *Estate of Kenneth Anderson, Jr., et al vs. Harris County, Texas, et al*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Clerk,

Please find enclosed a flash drive which contains "Exhibit A" to the following Motions in connection with the above subject matter:

1. Document No. 172 filed on April 24, 2023; Defendant Victor Page's Motion for Judgment on the Pleadings and Motion to Stay;

2. Document No. 173 Filed on April 24, 2023; Defendant Victor Page's Motion to File Under Seal;

3. Document No. 187, filed on April 26, 2023; Defendant Victor Page's Motion to File Under Seal; and

4. Document No. 186, filed on April 26, 2023; Defendant Victor Page's First Amended Motion to Dismiss Intervenors' Complaint Filed March 17, 2022, or in the Alternative, Motion for Judgment on the Pleadings, and Motion to Stay

Sincerely,

*Whitney Wester*
Whitney Wester
Attorney for Defendant, Victor Page