United States District Court
Southern District of Texas
**ENTERED**
May 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH D. ANDERSON, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-03730 |
| § | |
| HARRIS COUNTY, TEXAS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are six motions: Defendant Crystal Estrada's Motion to Stay Discovery (Doc. #163), Defendant Mercy Garcia's Motion for Protective Order (Doc. #170), Defendant Victor Page's Motion to Stay (Doc. #172), Defendant Mohanad Alobaidi's Motion for Protective Order (Doc. #177), Defendant Crystal Estrada's Motion to Stay Discovery (Doc. #182), and Defendant Victor Page's Motion to Stay (Doc. #186) (collectively, the "Motions'). The Court held a status hearing on May 19, 2023, during which the parties expressed their stances on the various motions. The Motions seek to extend the current stay of discovery until the Court has resolved the pending Motions to Dismiss, pursuant to the individual defendants' qualified immunity defenses. Having considered the parties' submissions and the applicable legal authority, the Court GRANTS the Motions. Discovery is stayed for ninety (90) days from this Order's entry.

It is so ORDERED.

__MAY 1 9 2023__
Date

_____
The Honorable Alfred H. Bennett
United States District Judge