IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ESTATE OF KENNETH ANDERSON, JR., KENNETH DARIUS ANDERSON, KRISTEN SANDOVAL, A/N/F OF N.B.A. AND N.K.A., AND ALL WRONGFUL DEATH BENEFICIARIES OF KENNETH ANDERSON JR.<br><br>*Plaintiffs,*<br><br>VS.<br><br>HARRIS COUNTY, TEXAS, DEPUTY MOHANAD ALOBAIDI, DEPUTY CRYSTAL ESTRADA, DEPUTY VICTOR PAGE, AND DEPUTY MERCY GARCIA-FERNANDEZ<br><br>*Defendants* | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:21-cv-3730 |

### ORDER ON INTERVENORS KENNETH ANDERSON SR. AND EVELYN WOODS MOTION FOR LEAVE TO AMEND COMPLAINT

Intervenors Kenneth Anderson Sr. and Evelyn Woods Motion for leave to Amend Complaint is:

Granted.

Signed on May 19, 2023.



Alfred Bennett
United States District Judge