IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESTATE OF KENNETH ANDERSON, JR., *et. al*, <br>     *Plaintiffs*, <br><br> v. <br><br><br> HARRIS COUNTY, TEXAS, *et. al*, <br>     *Defendants*. | Case Number 4:21-CV-03730 |

## INDIVIDUAL DEFENDANTS' JOINT NOTICE OF APPEAL

*TO THE HONORABLE ALFRED BENNETT*:

    Pursuant to Federal Rules of Appellate Procedure 3(b)(1) and 4(a), Defendants Deputy Victor Page, Deputy Cristal Estrada, Deputy Mercy Garcia-Fernandez, and Deputy Mohanad Alobaidi hereby give notice that each appeals to the United States Court of Appeals for the Fifth Circuit the Court's Order signed on March 8, 2024 and entered on March 10, 2024 (Doc. 249), specifically relating to the denial of Deputy Page's, Deputy Estrada's, and Deputy Garcia-Fernandez's claims of qualified immunity asserted in response to Plaintiffs' and Intervenors' claims of bystander liability for excessive force and the denial of Deputy Alobaidi's claim of qualified immunity with respect to Plaintiffs' and Intervenors' excessive force claims. (Docs. 163, 234, 168, 235, 172, 238, 175, and 236). Because the Deputy Defendants' appeals are based on a denial of qualified immunity, they are immediately appealable pursuant to 28 U.S.C. § 1291. *See Mitchell v. Forsyth,* 472 U.S. 511, 530, 105 S. Ct. 2806, 2817, 86 L. Ed. 2d 411 (1985); *see also Carty v. Rodriguez,* 211 Fed. Appx. 292, 293 (5th Cir. 2006); *Backe v. LeBlanc*, 691 F.3d 645, 647–49 (5th Cir. 2012).

Respectfully submitted,

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Whitney Wester*
**ROBERT H. FORD**
Attorney-in-Charge
Texas Bar No.: 24074219
Federal ID No. 1392569
**WHITNEY WESTER**
Texas Bar No.: 24080420
Federal ID No. 3392409
600 Travis, Suite 4800
Houston, Texas 77002
Telephone: (713) 576-0300
Facsimile: (713) 576-0301
rford@bradley.com
wwester@bradley.com
**COUNSEL FOR DEFENDANT VICTOR PAGE**


*/s/ James C. Butt*
**CHRISTIAN D. MENEFEE**
Harris County Attorney
**JONATHAN G. C. FOMBONNE**
Deputy County Attorney And First Assistant
**NATALIE G. DELUCA**
Managing Counsel, Defensive Litigation, Employment, & Real Estate Divisions
**JAMES C. BUTT**
Sr. Assistant County Attorney
Attorney-In-Charge
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov
Office of the Harris County Attorney
1019 Congress
Houston, Texas 77002
**COUNSEL FOR DEFENDANT CRISTAL ESTRADA**

*/s/ Richard Kuniansky*
**RICHARD KUNIANSKY**
State Bar No. 11762840
440 Louisiana, Suite 1440
Houston, Texas 77002
Telephone: (713) 622-8333
Facsimile: (281) 783-4541
rkuniansky@gmail.com
**COUNSEL FOR DEFENDANT**
**MERCY GARCIA-FERNANDEZ**


*/s/ David Adler*
**DAVID ADLER**
State Bar of Texas 00923150
Southern District of Texas 17942
1415 North Loop West
Suite 905
Houston, Texas 77008
(713) 666-7576
**COUNSEL FOR DEFENDANT**
**MOHANAD ALOBAIDI**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been forwarded to all known counsel of record, pursuant to the Federal Rules of Civil Procedure via e-service on this the 4th day of April, 2024.

*/s/ Whitney Wester*
Whitney Wester