# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
March 17, 2025
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
March 17, 2025
Lyle W. Cayce
Clerk

No. 24-20142

KENNETH D. ANDERSON; KRISTEN SANDOVAL, *Individually and Next Friend and Trustee of* N.B.A. and N.K.A.; ESTATE OF KENNETH ANDERSON, JR.; N.B.A.; N.K.A.,

*Plaintiffs—Appellees,*

EVELYN FAY AYERS-WOODS; KENNETH ANDERSON, SR.,

*Intervenor Plaintiffs—Appellees,*

versus

CRYSTAL ESTRADA, *Deputy*; MOHANAD ALOBAIDI, *Deputy*; VICTOR PAGE, *Deputy*; MERCY GARCIA, *Deputy*,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3730

ORDER:

IT IS ORDERED that Appellees' opposed motion to supplement the record on appeal is GRANTED.

No. 24-20142

IT IS FURTHER ORDERED that Appellees' opposed motion to view and obtain the sealed documents within the supplemental record is GRANTED.

                LYLE W. CAYCE, CLERK
               United States Court of Appeals
                  for the Fifth Circuit
                   /s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-20142   Anderson v. Estrada
                     USDC No. 4:21-CV-3730

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. David B. Adler
Ms. Eman Patricia Arabi Katbi
Mr. James Carroll Butt
Mr. George Edwards III
Mr. Robert Henry Ford
Ms. Christine Diane Herron
Mr. Ajay Ketkar
Mr. Richard B. Kuniansky
Mr. Nathan Ochsner
Mr. Allen Holden Zwernemann