# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Kenneth D. Anderson , et al.

v.  Case Number: 4:21–cv–03730

Harris County, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/21/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   October 8, 2025

Nathan Ochsner, Clerk